# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL C. BRADLEY, *et al.*, for themselves and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VOX MEDIA, INC., d/b/a SB NATION,<br><br>    Defendant. | Case No. 1:17-cv-01791 (CRC) |
| TAMRYN SPRUILL, *et al.*, for themselves and on behalf of all persons similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>VOX MEDIA, INC., d/b/a SB NATION,<br><br>    Defendant. | Case No. 1:19-cv-00160 (CRC) |
| PATRICK REDDINGTON for himself and on behalf of all persons similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>VOX MEDIA, INC., d/b/a SB NATION,<br><br>    Defendant. | Case No. 1:20-cv-01793 (CRC) |

# **ORDER**

**AND NOW**, this 28th day of August, 2020, upon consideration of Plaintiffs' Omnibus Unopposed Motion for Preliminary Approval of Class Action Settlement, in the three related cases, *Bradley, et al. v. Vox Media, Inc.*, No. 17-1791 (the "*Bradley* Action"), *Spruill, et al. v. Vox Media, Inc.*, No. 19-160 (the "*Spruill* Action") and *Reddington v. Vox Media, Inc.*, No. 20-1793 (the "*Reddington* Action"), it is hereby **ORDERED** that Plaintiffs' Unopposed Motion is **GRANTED** as follows:

1. The Parties' Settlement Agreement is approved as fair, reasonable and adequate under the standards set forth in Fed. R. Civ. P. 23(e)(2) and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA");

2. For purposes of settlement, the following Settlement Class is finally certified under the FLSA:

> All individuals who filed valid notices of consent to join the *Bradley* Action ("Opt-In Plaintiffs")—except for those individuals who later withdrew from this Action (the "FLSA Settlement Class")

3. For purposes of settlement, the following Settlement Classes are preliminarily certified under Fed. R. Civ. P. 23(a), (b)(3) and (e)(2):

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in California for any SB Nation team site from September 21, 2014 through the date of preliminary approval of the settlement by the Court or August 5, 2020, whichever is earlier (the "California Settlement Class");

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in New Jersey for any SB Nation team site from March 31, 2014 through the date of preliminary approval of the settlement by the Court or August 5, 2020, whichever is earlier (the "New Jersey Settlement Class" and collectively with the California Settlement Class, "Rule 23 Settlement Classes");

4. Plaintiffs Cheryl C. Bradley, John M. Wakefield and Maija Liisa Varda are

approved as representatives of the FLSA Settlement Class;

5. Plaintiffs Tamryn Spruill and Jacob Sundstrom are preliminarily approved as representatives of the California Settlement Class;

6. Plaintiff Patrick Reddington is preliminarily approved as representative of the New Jersey Settlement Class;

7. Goldstein, Borgen, Dardarian & Ho ("GBDH") and Jennings Sigmond, P.C. ("JS") are preliminarily approved as Class Counsel for the FLSA Settlement Class and the Rule 23 Settlement Classes;

8. RG2 Claims Administration is preliminarily approved as Settlement Administrator;

9. the Settlement Administrator's costs of claims administration are preliminarily approved, in an amount not to exceed Fifty Thousand Dollars ($50,000.00);

10. the Settlement Class Notices, attached to Plaintiffs' Motion as Exhibits 1 and 2 to the Settlement Agreement are approved and shall be distributed to the FLSA Class and the Rule 23 Settlement Classes pursuant to the terms of the Settlement Agreement;

11. the following schedule for the remainder of the Final Approval Process is hereby approved as follows:

   a. Defendant shall mail all required notices to State and Federal officials as provided under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, no later than ten (10) days after the date of this Order;

   b. no later than September 18, 2020, Defendants will provide to Class Counsel all contact information for the three Settlement Classes;

   c. no later than October 12, 2020, the Settlement Administrator will mail the Settlement Class Notices to the Settlement Classes;

    d.  the deadline for members of the Settlement Class to request exclusion from the Settlement Class or to post an objection to the Settlement Agreement shall be no later than November 26, 2020;

    e.  Class Counsel shall file their Motion for Final Approval of Class Action Settlement (including any requests for approval of attorneys' fees and costs) no later than December 7, 2020;

 12. the Final Approval Hearing will take place on January 7, 2021 at 10:00 AM in Courtroom 27A.

SO ORDERED.

DATE: <u>August 28, 2020</u>

                         _____
                         CHRISTOPHER R. COOPER
                         United States District Judge